Case 12-25806   Doc 10   Filed 07/09/12   Entered 07/10/12 08:59:26   Desc Main
Document   Page 1 of 3

B3B (Official Form 3B) (11/11) -- Cont.
12-25806:5.0:Application to Proceed In Forma Pauperis:Main Document Entered: 6/27/2012 2:17:17 PM by:Lisa Rafacz Page 4 of 4

# UNITED STATES BANKRUPTCY COURT
_____ District of _____

In re Constance Hall    Case No. 12-25806

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. (No Schedules filed as ordered)

The debtor shall pay the chapter 7 filing fee according to the following terms:

$306 on or before 8/1/12

$_____ on or before _____

$_____ on or before _____

$_____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: 6-27-2012

United States Bankruptcy Judge

JUL 09 2012

In re: **Constance Hall**
**Bankruptcy Case No. 12 B 25806**

CERTIFICATE OF SERVICE

I, **Deborah Smith certify that on July 9, 2012, I caused to be mailed by United States first class mail copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:**

*Deborah Smith*
Deborah Smith, Courtroom Deputy

## Electronic Service through CM/ECF System

Richard M. Fogel

Shaw Gussiss Fishman Glantz Wolfson

321 N. Clark St., Ste 800

Chicago, IL 60654

Chapter 7 Trustee

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Serviced by U.S. Mail

Constance M. Hall
619 N. Springfield St.\
Chicago, IL 60624
Debtor(s)